UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID LLAMA LOPEZ,

      Petitioner,

v.                                          Case No.:  2:26-cv-00542-SPC-NPM

MATTHEW MORDANT *et al.*,

      Respondents.

                                        /

## OPINION AND ORDER

Before the Court is the Federal Respondents' Motion for Clarification (Doc. 13).  David Llama Lopez filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001).  The Court found no significant likelihood Llama Lopez would be removed in the reasonably foreseeable future.  But in light of Llama Lopez's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public.  In their motion, the federal respondents state that under the facts of this case, concerns about dangerousness do not justify continued detention.  Llama Lopez is entitled to release from detention, but he remains subject to reasonable terms of supervision.

Accordingly, it is hereby

**ORDERED:**

David Llama Lopez's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

1. The respondents shall release Llama Lopez within 24 hours of this Order, and they shall facilitate his transportation from the facility by notifying his counsel when and where he may be collected.

2. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 4, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record